**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| RACHEDE M. WILSON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 17-CV-00641-TCK-JFJ |
| WILLBANKS METALS, INC., | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties jointly stipulate that the Plaintiff's case against Defendant should be dismissed with prejudice. The parties will bear their own fees and expenses. The undersigned is authorized to submit this Stipulation jointly on behalf of all parties.

Respectfully submitted by:

*s/Daniel E. Smolen*
Daniel E. Smolen, OBA #19943
SMOLEN, SMOLEN & ROYTMAN, PLLC
701 South Cincinnati Avenue
Tulsa, Oklahoma 74119
Telephone (918) 585-2667
Facsimile (918) 585-2669
**ATTORNEY FOR PLAINTIFF**

*s/ J. PATRICK CREMIN* *
Patrick Cremin, OBA #2013
Johnathan L. Rogers, OBA #21341
HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.
320 SOUTH BOSTON AVENUE, SUITE 200
TULSA, OK 74103-3706
TELEPHONE: (918) 594-0400
FACSIMILE: (918) 594-0505
EMAIL: SBROUSSARD@HALLESTILL.COM
**ATTORNEYS FOR DEFENDANT**

*\* Signed by filing attorney with permission of counsel*